1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAQUILLE SHIVERS, by and through his guardian ad litem, LEEDRA SHIVERS, ) ) ) | 1:08at190 |
| Plaintiff, ) ) | ORDER GRANTING PETITION TO APPOINT GUARDIAN AD LITEM |
| v. ) ) | (Document 4) |
| MICHAEL J. ASTRUE, ) ) ) | |
| Defendant. ) ) | |

9

10

11

12

13

14

15

16      The petition seeking to appoint Leedra Shivers as Guardian Ad Litem for Plaintiff

17  Shaquille Shivers, a minor, is GRANTED.

18

19      IT IS SO ORDERED.

20   **Dated:    April 10, 2008**              **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28

1