BRIAN C. SHAPIRO
ATTORNEY AT LAW: 192789
LAW OFFICES OF LAWRENCE D. ROHLFING
12631 EAST IMPERIAL HIGHWAY, SUITE C-115
SANTA FE SPRINGS, CALIFORNIA  90670-4756
TEL: 562/868-5886
FAX: 562/868-5491
Email:  rohlfing_office@speakeasy.net

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHAQUILLE SHIVERS, by and through his guardian ad litem, LEEDRA SHIVERS<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE<br>Commissioner of Social Security,<br><br>    Defendant. | No.  EDCAL 08-502-AWI-SMS<br><br>STIPULATION TO DISMISSAL<br><br>ORDER THEREON |

The parties, through their undersigned counsel of record, HEREBY STIPULATE, subject to the approval of the Court, to a dismissal of the above-captioned matter, pursuant to Rule 41 (a)(1)(ii) of the Federal Rules of Civil Procedure.

///

///

///

///

///

///

-1-

1 | Each party shall bear his/her own costs and expenses.

DATED: November 13, 2008    LAW OFFICES OF LAWRENCE D. ROHLFING

*/s/ - Brian C. Shapiro*
_____
BRIAN C. SHAPIRO
Attorney for SHAQUILLE SHIVERS, by and through his guardian ad litem, LEEDRA SHIVERS

DATED: November 13, 2008    McGREGOR W. SCOTT
United States Attorney

*/S/*ARMAND ROTH SAUSA

_____
ARMAND ROTH
SPECIAL ASSISTANT AUSA
Attorney for Defendant
[*By via email authorization on 11/13/08]

IT IS HEREBY ORDERED, based on the stipulation by and between the parties, through their respective counsel, that the court dismisses the above matter without prejudice. Each side to bear his/her own costs and expenses, including but not limited to attorney's fees.

IT IS SO ORDERED.

DATE: 11/17/2008

__/s/ SANDRA M. SNYDER_____
THE HONORABLE SANDRA M. SNYDER
UNITED STATES MAGISTRATE JUDGE